**P-SEND / ENTER**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICHEAL H. HAGAN, individually and on behalf of CRAIGMYLE HALTER COMPANY, LLC, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CRAIGMYLE HALTERS AND TACK MANUFACTURING, LLC, a Delaware limited liability company, doing business as "The Craigmyle Company;" CLYDE VELTMANN, an individual; DIANTHA VELTMANN, an individual,<br><br>Defendants. | EDCV 07-64-ODW(OPx)<br><br>AMENDED JUDGMENT |

In light of this Court's February 11, 2008 Order vacating the Court's prior Judgment and clarifying its September 4, 2007 order, the Court's October 30, 2007 judgment is hereby amended and entered in a manner consistent with the Court's February 11, 2008 ruling.

IT IS SO ADJUDGED.

DATED: February 11, 2008

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE