# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

| Case No. | EDCV 07-64 ODW(OPx) | Date | November 19, 2008 |
|---|---|---|---|
| Title | Micheal Hagan, et al. v. Craigmyle Halters and Tack Manufacturing, et al. | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):** Order to Show Cause Why This Action Should Not Be Stayed

The Court hereby issues an Order to Show Cause Why this Action Should Not Be Stayed. No paper filings are to be filed by the parties in response to this OSC. The Court does, however, set a hearing on this matter for **Friday, November 21, 2008 at 1:30 p.m.** All local counsel of record are ordered to appear at this hearing. Mr. Ilmanen is also ordered to appear. Mr. Hawthorne is permitted to appear telephonically. Mr. Hawthorne's office is to contact the Courtroom Deputy forthwith and provide a contact number at which Mr. Hawthorne will be available at the time of the hearing.

IT IS SO ORDERED.

|  | : | 00 |
|---|---|---|
|  | Initials of Preparer | RGN |