JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEAL H. HAGAN, individually and on behalf of CRAIGMYLE HALTER COMPANY, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>CRAIGMYLE HALTERS AND TACK MANUFACTURING, LLC, a Delaware limited liability company, doing business as "The Craigmyle Company;" CLYDE VELTMANN, an individual; DIANTHA VELTMANN, an individual,<br><br>    Defendants. | Case No.: EDCV 07-0064-ODW (OPx)<br><br>JUDGMENT |

This case has been tried to the Court in two phases, on July 7-8, 2009, and on September 8, 2009. Having heard and considered the evidence and argument presented by all parties, the Court on July 8, 2009, granted plaintiffs' motion for judgment pursuant to Fed.R.Civ.P. 52(c), finding that plaintiff Micheal H. Hagan

1 is, and at all relevant times was, the owner of plaintiff Craigmyle Halter
2 Company, LLC, and the defendants Clyde Veltmann and Diantha Veltmann are
3 liable to plaintiffs for breach of contract for defendants' failure to perform as
4 required by the terms of the defendants' personal guaranty.  The Court's findings,
5 reasoning and conclusions were stated on the record on July 8, 2009, and are
6 incorporated in this Judgment.

7       In the second phase of the trial, on September 8, 2009, the Court heard
8 evidence and argument concerning the amount of the judgment to which plaintiffs
9 are entitled and the extent to which that judgment should be deemed satisfied by
10 virtue of plaintiffs' pre-trial collection of tangible and intangible assets from the
11 defendants.  The Court having heard and considered the evidence and argument
12 presented on September 8, 2009, and having read and considered the written
13 evidence and briefing submitted by all parties pursuant to the Court's directive
14 following that hearing, the Court has found that the gross amount of the judgment
15 to which plaintiffs are entitled is $107,201.45, and that that amount has at this
16 time been fully satisfied.  The Court's findings, reasoning and conclusions are as
17 stated in the Court's order dated October 14, 2009, entered October 21, 2009, and
18 is incorporated in this Judgment.

19       The court having conducted the trial and having made the findings as set
20 forth above,

21       IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs
22 MICHEAL H. HAGAN and CRAIGMYLE HALTER COMPANY, LLC, a
23 California limited liability company, are awarded judgment in their favor and
24 against defendants CLYDE VELTMANN and DIANTHA VELTMANN, jointly
25 and severally, for damages in the amount of $107,201.45; and

1    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the
2 aforesaid judgment for damages in favor of plaintiffs and against the defendants
3 is declared to be satisfied as of this date.
4    Plaintiffs are prevailing parties herein, and shall recover their costs and
5 recoverable expenses and attorneys' fees upon application in accordance with
6 Local Rule 54.

8 DATED:  October 28, 2009

_____
Judge, U.S. District Court