**O**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 07-00064 ODW (OPx) | Date | March 18, 2013 |
|---|---|---|---|
| Title | *Hagan and Craigmyle Halter Co., LLC v. Craigmyle Halters and Tack Mfg., LLC, et al.* | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**    **ORDER REQUESTING STATUS REPORT**

     The Court has received the Ninth Circuit's December 13, 2012 Mandate affirming the Court's award of attorneys' fees in this matter. In light of this Court's renewed jurisdiction over this matter following appeal, the parties are hereby **ORDERED** to file a joint status report no later than April 1, 2013, outlining the issues remaining to be resolved in this case before it can be closed. To the extent any issues remain that preclude immediate termination of this case, the parties shall propose a case-management plan going forward. If the parties are unable to agree on a joint case-management plan, each party may separately propose a plan for resolution of any lingering issues.

     IT IS SO ORDERED.

                                                                                                   :    00

                                                 Initials of Preparer    cch